THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND DACUNTO, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

MORRIS A. JACOBOWITZ and Others, Respondents, v. CHARLES J. HERSON, Appellant, Impleaded with Another.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES McMILLAN, Appellant.— Judgment affirmed. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

ARTHUR BERENSON and Another, Appellants, v. JOHN H. WOODBURY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

CHARLES MAIKISH, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

MARTIN C. ANSORGE, Respondent, v. ALBERT P. ARMOUR, Appellant.*—Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

MARIA CAITANA RUSSO, Respondent, v. ROCCO RUSSO and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

A. M. BING & SON REALTY CORPORATION, Respondent, v. JOHN H. FLOYD, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

STREET & SMITH PUBLICATIONS, INC., Appellant, v. ALL-AMERICA PERIODICALS, INC., Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

ELIZABETH TIERNEY, Respondent, v. LEE LIFLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, v. MICHAEL J. COMERFORD and Another, Respondents.†— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. JACK POMERANTZ, as Administrator, etc., of DORA POMERANTZ, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.